AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Andres GARCIA<br><br>Defendant(s) | Case No. 6:22-mj- 1732 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Jan. 14, 2022 to June 01, 2022  in the county of  Osceola  in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a Minor |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Marcos Gomez, SA, HSI
*Printed name and title*

Sworn to before me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d).

Date: 7/27/2022

*Judge's signature*

City and state:  Orlando, Florida

U.S. Magistrate, Celeste F. Bremer
*Printed name and title*

STATE OF FLORIDA                      CASE NO.  6:22-mj-1732

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marcos Gomez, after being duly sworn, depose and state:

1. I am a Special Agent with the United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), and have been so employed since February 2008. I am currently assigned to the Office of the Assistant Special Agent in Charge, Orlando, Florida, which is responsible for conducting criminal investigations and enforcing laws that are under the investigative jurisdiction of the United States Department of Homeland Security, ICE-HSI in the counties of Orange, Lake, Marion, Osceola and Seminole in the Middle District of Florida. I am a law enforcement officer of the United States within the meaning of Section 1401(i) of Title 19, United States Code, and am empowered to investigate and make arrests for violations of U.S. criminal laws within the meaning of Section 2510(7) of Title 18 United States Code.

2. As a Special Agent, my responsibilities include investigating possible criminal violations of U.S. Customs and related laws. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography and computer crimes. I have been involved in investigations of child pornography and online solicitation/enticement of a minor for more than ten years. I have participated in investigations of persons suspected of violating federal child

pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. I have also participated in training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software and electronically stored information.

3. This affidavit is submitted in support of an application for the issuance of a criminal complaint for Andres GARCIA (hereinafter GARCIA). As set forth below, I believe there is probable cause that GARCIA knowingly persuaded, induced, enticed, or coerced a minor who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5. This investigation concerns alleged violations of Title 18, United States Code, Sections 2251, 2252A, and 2422(b) relating to material involving the sexual exploitation of minors. Based upon my training and experience, as well as conversations with other experienced law enforcement officers, computer forensic examiners, and federal prosecutors, I know the following:

6. Title 18, United States Code, § 2251(a) prohibits any person from persuading, inducing, or enticing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

7. Title 18, United States Code, § 2252A(a)(2)(A) prohibits any person from knowingly receiving any child pornography, using any means or facility of interstate or foreign commerce, including the Internet.

8. Title 18, United States Code, § 2252A(a)(5)(B) prohibits any person from knowingly possessing any child pornography that has been shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer.

9. Title 18, United States Code, § 2422(b) prohibits any person from knowingly persuading, inducing, enticing, or coercing a minor who had not attained

the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, such as a violation of 18 U.S.C. § 2251(a).

## DETAILS OF THE INVESTIGATION

10.     The Target of this investigation is Andres Garcia (hereinafter GARCIA), a 40-year-old male and resident of Kissimmee, FL. As detailed below, probable cause exists that GARCIA used a Twitter username, "@angar1982," and a Discord name "Floridaguy," which is associated with Discord ID number: 933370157827493888, to groom a fourteen-year-old child (hereinafter MFV1). On the aforementioned Twitter and Discord accounts, GARICA communicated with, and directed, MFV1 to produce and upload child pornography that was transmitted over the internet.

11.     In March of 2022, the Australian Federal Police (AFP) identified MFV1 as a potential victim who was in the custody of the Australian Department for Child Protection. On February 23, 2022, the support worker assigned to MFV1, reported to the Western Australia Police Force (WA) that on the night prior, February 22, 2022, she overheard MFV1 speaking with an adult male with an accent and observed MFV1 remove her shirt. The support worker observed an adult male wearing no shirt portrayed on MFV1's cell phone which appeared to be engaged in a live video call.

12.     According to the WA police reports that I personally reviewed, WA interviewed MFV1 who provided her phone and phone password to WA. MFV1 stated to WA that she had been speaking to a 40-year-old male, identified by MFV1

4

as "Andres Gracia/Garcia," on Twitter. MFV1 advised that the adult male had told her that he was 40 years old and had a 37-year-old wife as well as two children. MFVI stated that she started communicating with the adult male on Facebook and communicates with him on Twitter, Facebook, and Discord. MFV1 advised WA that she had not met the adult male in person but stated that when she communicates with him online during the night in Perth it is daytime at his location. MFV1 identified the male's Twitter handle as "@angar1982." MFV1 identified the male's Discord username as "Floridaguy."

13. AFP detectives inspected MFV1's phone and discovered that MFV1 and the adult male have been in continuous contact for over a year. The adult male was identified as Andres GARCIA (hereinafter GARCIA). The AFP detectives inspected the victim's cellular phone and discovered pictures, videos, and conversations between MFV1 and GARCIA.

14. The Western Australia Police Force Technology Crime Services Online Operations completed an identification of social media report on GARCIA. A Facebook account holder identified as "Andres Andy Garcia" was located with details matching those of the suspect. A search of the profile name @angar1982 provided results linking the profile name to a deactivated Instagram account, and a Pinterest account with the user "Andy Garcia".

15. On March 2, 2022, the Western Australia Detective Sergeant assigned to the Joint Anti Child Exploitation Team in Perth, Australia, notified an HSI Assistant Attaché of the investigation. On March 8, 2022, the HSI Assistant Attaché

5

executed HSI Summons 0J-22-026 to Twitter for records associated with Twitter Account: @angar1982.

16.   On March 22, 2022, Twitter responded to HSI Summons 0J-22-026 with the following information:

> Account ID: XXXXXXXXXXXXX1490
> Creation Date: "2022-01-10T03:09:09.386Z",
> Username: "Angar1982",
> Account Display Name: "Andres"
> IP Address: "73.21.212.187"
> Phone Number: XXXXXXX5202

17.   Assistant Attaché Holloway conduced open-source research and identified Andres G. GARCIA, DOB: XX/XX/1982, residing at XXXX Ponce Drive, Kissimmee, FL 34747-5316 (the PREMISES), as the individual sending sexually explicit photos to the Australia MFV1. Open-source checks identified Comcast as the service provider for IP Address: 73.21.212.187, which resolved to Kissimmee, Florida.  HSI Canberra contacted HSI Orlando to assist in the investigation.

18.   On April 6, 2022, in response to a subpoena for the IP address, Comcast returned the following information associated with IP Address: 73.21.212.187 from October 8, 2021, to March 30, 2022:

> Subscriber Name:         Andres Garcia
> Service Address:         XXXX Ponce Dr Celebration, FL, 347475316
> Billing Address:         XXXX Ponce Dr Celebration, FL, 347475316
> Telephone #:             XXX-XXX-5202
> Start of Service:        Unknown
> Identified Service:      Internet
> Other Current Services:  Cable Television
> Account Number:          XXXXXXXXXXXXX1730

E-mail User Ids: AGARXX@comcast.net

19. On April 26, 2022, in response to a subpoena, Meta Platforms, Inc. responded with the following information associated with Facebook account # XXXXXXXXXXX4758:

Account holder name: Andres Andy Garcia
Registered E-mail address: andres.t.garcia@gmail.com
Registration date: 2016-07-18 04:06:29 UTC
Registration IP address: 24.243.147.90
Telephone #: XXX-XXX-7262

20. According to the Osceola County Property Appraiser website, GARCIA is listed as the owner of XXXX Ponce Drive, Celebration, Florida 34747 (hereinafter "PREMISES"). According to the State of Florida Department of Highway Safety and Motor Vehicles Driver and Vehicle Information Database (DAVID), GARCIA, with a date of birth of XX/XX/1982, resides at the PREMISES; the DAVID records also confirm that he has listed the premises as his legal, permanent address since April 26, 2019. In addition, I compared GARCIA's State of Florida driver license photograph with that of the individual in all the photographs and videos sent by GARCIA to MFV1 and can attest that GARCIA is the individual in each of those photographs and videos.

21. On May 6, 2022, a HSI agent conducted surveillance at the PREMISES, and I observed a black Volvo parked on the street directly in front of the premises's front entrance. According to DAVID records, the black Volvo is registered to GARCIA at the premises. At approximately 10:25 a.m., I observed a white male subject exit the front of the premises and walk down the sidewalk to a black mailbox

assigned to the PREMISES. The white male subject matched the physical description and characteristics of the DAVID driver license photograph and the videos and images on MFV1's phone of GARCIA. The white male subject placed a large manila envelope into the mailbox and then walked back to the premises and enter through the front door.

22.  I have personally reviewed the information provided by HSI, AFPD, and WA.  I reviewed the exchanges that took place on Twitter between @angar1982 and MFV1. In these exchanges, MFV1 and GARCIA discuss their respective ages, and MFV1 says she is 14 years old.  On January 14, 2022, beginning at 22:31 (UTC +10), the following exchange between "@angar1982" and MFV1 took place, regarding MFV1's current age:

> MFV1:    "I might be only 14 carrying 2 kids but I do know I'm doing a whole lot better then you"
>
> MFV1:    "So yeah"
>
> GARCIA:  "I thought you were 15"
>
> MFV1:    "And I thought you where not married"

23.  MFV1 opened the Discord application on her phone in front of WA and identified GARCIA's Discord username as "Floridaguy#0851." The exchanges between Floridaguy#0851 and MFV1 were reviewed by WA and provided to HSI Orlando. I reviewed the exchanges which took place beginning on January 25, 2022, 22:21 (UTC +10), through March 8, 2022.

8

24. The conversations between GARCIA and MFV1 included sexual content usually initiated by GARCIA. GARCIA asked MFV1 if she wanted to "rp" (role play) and began describing sexual acts in the conversation. GARCIA would repeatedly ask for MFV1 to send him photographs and described which body parts he wanted to see in the photographs. GARCIA often told MFV1 that he was masturbating and ejaculating to her nude photographs. GARCIA sent multiple photographs and videos to MFV1 on Discord of his erect penis.

25. On June 14, 2022, HSI Orlando special agents served Discord Inc, with a search warrant authorized by the Middle District of Florida for information associated with Discord account: Username floridaguy#0851, Discord ID number: 933370157827493888.

26. On June 14, 2022, Discord Inc, responded to the search warrant by providing the following subscriber and IP information:

   User ID: XXXXXXXXXXXXXX3888
   Username: floridaguy#0851
   Email: angar1982@yahoo.com
   Email verified: Yes
   Phone number: Not found
   Registration IP: 73.21.212.187
   Registration Time (UTC): From 2022-01-19 14:39:46 to 2022-06-07 16:09:50

27. Discord provided agents with chat text conversations that occurred on its platform, specifically at file titled: 935538905514672158. In this document, a conversation begins on 2022-01-25 14:17:44 and ends on 2022-06-01 13:46:49. The participants of this conversation are "floridaguy#0851" and MFV1. The Discord subscriber information for "floridaguy#0851" is the same IP address that is

9

registered for Comcast in GARCIA's name with the service address located at GARCIA's home.

28. On February 18, 2022, at approximately 22:33 (UTC +10), MFV1 sent ten photographs to "floridaguy#0851" on Discord.[1] I reviewed the photographs and observed multiple photographs with MFV1's face and vagina exposed facing towards the camera, MFV1 appeared to use her fingers to spread her vagina open. MFV1 also sent photographs of herself fully nude standing naked in front of a mirror that appeared to be in a bathroom that exposed her face, breasts, and pubic area. Some of the relevant exchanges are outlined below:

February 18, 2022:

floridaguy#0851: "can I see your pics again?"

floridaguy#0851: "they were sooo hot and sexy"

floridaguy#0851: "made me so horny"

floridaguy#0851: "baby you there?"

MFV1: "yrs"

floridaguy#0851: "mmmm baby"

floridaguy#0851: "you liked my twitter pics and video"

floridaguy#0851: "ahhhh"

floridaguy#0851: "wowwww"

floridaguy#0851: "omg baby"

---

[1] The photos reviewed were located on MFV1's phone. Those images were compared with Discord's search warrant response which included the image file locations.

floridaguy#0851: "I loved them!!!"

floridaguy#0851: "please leave them here"

floridaguy#0851: "I wanna masturbate looking at them"

floridaguy#0851: "how are you so hot?"

floridaguy#0851:  "you are amazing!"

MFV1: "Mmmmm"

Floridguy#0851: "you touching yourself"

MFV1: "Nu"

29.    Discord provided IP addresses associated with each username during the chats between "floridaguy#0851" and MV1. On February 18, 2022, conversations sent from "floridaguy#0851" shows the IP address captured as 73.21.212.187. This is the same IP address that is associated to GARCIA's home in Celebration, Florida. Further review of the conversations shows that "floridaguy#0851" sent photographs and videos with his face and penis exposed. In one video, which was sent on March 31, 2022, at 23:22 (UTC +10), the subject appears to be laying on a bed in what appears to be a bedroom wearing a red shirt, touching his penis and/or masturbating. I observed the male subject's face in the video which matched the physical characteristics of GARCIA as observed in his State of Florida Driver's License and during my personal observations. While on surveillance, I was able to observe window shades/blinds that are consistent with the same style and color observed in the video.

30. On July 27, 2022, a search warrant was executed on the PREMISES. GARCIA was home and agreed to speak with HSI SA Gomez. GARCIA admitted that he knew MFV1 and that they speak on-line. GARCIA stated that he originally met MFV1 online in an adults only chatroom. However, he believed her age to be 16 years old. Agent Gomez showed GARCIA the chats from Twitter referenced above where MFV1 states that she is only 14 years old. GARCIA acknowledged that he was speaking to MFV1 in those chats and initialed the conversation from Twitter. Agent Gomez showed GARCIA the conversations from Discord referenced above and GARCIA acknowledged and initialed those conversations as well.

## CONCLUSION

31. Based on the above information, I believe probable cause exists to believe that GARCIA communicated with MFV1 and maintained a relationship with her for several months, during which he enticed her to produce and send to him child pornography, in violation of 18 U.S.C. § 2422(b).

Affiant further sayeth naught.

_____
Marcos Gomez, Special Agent
Homeland Security Investigations

Sworn to before me in open Court on July 27, 2022

_____
Honorable Celeste F. Bremer
United States Magistrate Judge

13